No. 83–6634. DAWN ET AL. *v.* H. REX GREENE, M. D., INC., ET AL. Appeal from Ct. App. Cal., 2d App. Dist. Motion of appellants for leave to proceed *in forma pauperis* denied. Appellants are allowed until July 9, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeal for want of jurisdiction

and, treating the papers whereon the appeal would be taken as a petition for writ of certiorari, we would deny certiorari without reaching the merits of the motion to proceed *in forma pauperis*.